FILED
CLERK, U.S. DISTRICT COURT

FEB - 5 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA S. CAMACHO,<br><br>  Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>COMMISSIONER OF SOCIAL<br>SECURITY,<br><br>  Defendant. | Case No. CV 06-6036-FMC (JTL)<br><br>ORDER ADOPTING FINDINGS,<br>CONCLUSIONS, AND<br>RECOMMENDATIONS OF UNITED<br>STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Attorney Fees Pursuant to the Equal Access to Justice Act ("Petition"), as well as the Opposition to the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

IT IS ORDERED that plaintiff is awarded attorney's fees in the amount of $6,719.43 and costs in the amount of $96.64.

DATED: Feb. 4, 2008

FLORENCE-MARIE COOPER
UNITED STATES DISTRICT JUDGE